# Exhibit A




# Dotdash Meredith Database – Enhanced Masterfile  *(Updated 6/2023)*

Subscribers and buyers of books and magazines published by Dotdash Meredith® have been merged and enhanced to provide a slice of lifestyle for every niche consumer marketer.

| Gender: | Source: |
|---|---|
| 79% Female/17% Male | Direct Mail Sold |

### Counts and Rates:

| | | |
|---|---|---|
| 7,499,000 | Total Universe | $115/M |
| | Engagement Scores | +$16/M |
| | 1 Mo Hotline | +$17/M |
| | 3 Mo Hotline | +$12/M |
| | 6 Mo Hotline | +$9/M |
| | Expires | $75/M |
| | Catalog Rate | $85/M |
| | Fundraising Rate | $80/M |

Knowledge of the home and family market forms the cornerstone of Dotdash Meredith. Dedicated to building enduring relationships with its devoted customer base, it publishes a variety of magazines focused on creating a better home life for millions of Americans. From growing families to new movers to the wealthiest households in America, the Dotdash Meredith Masterfile provides unrivaled access to the most important niches in consumer direct marketing. The 10 million active subscribers and buyers of Dotdash Meredith magazines, books, and craft products comprise America's richest resource of home-and-family consumers.

This file includes the subscribers of:
All Recipes®, American Patchwork & Quilting®, Better Homes and Gardens®, Coastal Living®, Cooking Light®, Country Home®, Do It Yourself®, Food & Wine®, Midwest Living®, People®, People Royals®, Real Simple®, Southern Living®, Traditional Home®, Travel + Leisure®, and Wood® (+ Meredith Book Buyers)

### Selections:

| | |
|---|---|
| 1 Mo Hotline | $17/M |
| 3 Mo Hotline | $12/M |
| 6 Mo Hotline | $9/M |
| 3 Mo Change of Address | $12/M |
| Enhancements/Lifestyle Interests | $16/M |
| DMS/DTP | $12/M |
| Paid | $12/M |
| Gender | $9/M |
| State/SCF/Zip | $10/M |
| Zip Select (4 or more areas) | $15/M |
| Age | $16/M |
| Income | $16/M |
| 3rd Party Blow-In | $10/M |

### Addressing (flat fee):

| | |
|---|---|
| Key Coding | $3.50/M |
| Email/FTP | $65/F |

Minimum Order: 10,000

Details:
15% Commission to Brokers. Pre-clearance required. Service bureau requires 3 working days to process all orders, otherwise $85 Flat fee applies.

Contact:
Monique Adams, List Manager
E-mail: MoAdams@AudienceFirstMedia.com

Linda Amaral, Sales
Phone: (410) 721-5700 Ext. 2330
E-mail: lamaral@audiencefirstmedia.com

Please send list clearances & orders to:
orders@AudienceFirstMedia.com

All processed orders cancelled before mail date will incur a $100 cancellation fee in addition to applicable running, selection, and shipping charges. Orders cancelled after the mail date incur full charges.




**Age**
| | |
|---|---|
| 537,634 | 18-24 |
| 2,087,310 | 25-34 |
| 2,650,624 | 35-44 |
| 6,507,017 | 45-64 |
| 4,239,139 | 65+ |

**Income**
| | |
|---|---|
| 3,214,977 | 0-29,999 |
| 2,344,755 | 30,000-49,999 |
| 2,807,646 | 50,000-74,999 |
| 4,206,648 | 75,000-124,999 |
| 3,450,000 | 125,000+ |

**Lifestyle Interest**
| | |
|---|---|
| 76,837 | Arts |
| 6,752,000 | Avid Music Listener |
| 4,337,704 | Bible Devotional |
| 123,352 | Cat Owners |
| 2,928,562 | Collectibles |
| 152,685 | Dog Owners |
| 2,354,226 | General Merchandise |
| 5,838,406 | Home Improvement |
| 3,349,658 | Investing/Finance |
| 1,208,707 | Men's Apparel |
| 2,643,388 | Video Buyers |
| 5,484,668 | Wines/Gourmet Foods |
| 3,809,343 | Women's Apparel |

**Travel**
| | |
|---|---|
| 6,745,828 | US |
| 2,421,650 | Foreign |
| 3,375,497 | Rec. Vehicles |
| 3,051,675 | Cruises |

**Hobbies/Crafts**
| | |
|---|---|
| 2,318,642 | Photography |
| 873,926 | Woodworking |
| 74,000 | Board Games/Puzzles |
| 4,098,567 | Crafts |
| 18,130 | Sewing/Knit/Needlework |

**Reading**
| | |
|---|---|
| 11,000,000 | General Reading |
| 1,299,631 | Religious/Inspirational |
| 384,179 | Science Fiction |
| 14,204,439 | Magazines |

**Health/Exercise**
| | |
|---|---|
| 8,440,429 | Health & Fitness |
| 5,211,868 | Dieting / Weight Loss |
| 1,876,835 | Walking |
| 349,234 | Running/Jogging |

**Sports**
| | |
|---|---|
| 966,987 | Auto/Moto Racing |
| 2,460,531 | Football |
| 1,635,217 | Baseball |
| 1,475,090 | Basketball |
| 3,726 | Tennis |
| 1,122,901 | Golf |
| 494,088 | Hockey |
| 110,182 | Soccer |
| 149,043 | Skiing |
| 514,400 | Equestrian |

**Computer/Electronics**
| | |
|---|---|
| 11,073,009 | Home Computer owner |
| 10,348,471 | Internet/Online Service |
| 164,416 | Cell Phones |

**Outdoors**
| | |
|---|---|
| 2,000,000 | Fishing |
| 3,500,000 | Camping/Hiking |
| 2,500,000 | Hunting/Shooting |

**Home Décor**
| | |
|---|---|
| 4,375,319 | Home Furnishings/Decor |
| 3,415,435 | Gardening |

**Ethnicity**
| | |
|---|---|
| 965,122 | African American |
| 220,995 | Asian |
| 796,019 | Hispanic |
| 225,426 | Jewish |

**Political Views**
| | |
|---|---|
| 329,824 | Republican |
| 298,573 | Democratic |

All processed orders cancelled before mail date will incur a $100 cancellation fee in addition to applicable running, selection, and shipping charges. Orders cancelled after the mail date incur full charges.