# Exhibit C





## Dotdash Meredith Database – Families with Children  *(Updated 6/2023)*

Dotdash Meredith Families with Children offers mailers a premiere list of children at all ages. Subscribers and buyers of books and magazines published by Dotdash Meredith have been merged, deduped and enhanced to identify those with children at home by age.

**Gender:**
79% Female/17% Male

**Source:**
Direct Mail Sold

### Counts and Rates:

| | | |
|---|---|---|
| 1,150,000 | Total Universe | $115/M |
| 1,150,000 | Family Universe | $115/M |
| 181,000 | Children Age 0-2 | +$16/M |
| 280,000 | Children Age 3-5 | +$16/M |
| 450,000 | Children Age 6-12 | +$16/M |
| 490,000 | Children Age 13-18 | +$16/M |
| | Catalog Rate | $85/M |
| | Fundraising Rate | $80/M |

Include this mail responsive group in your prospect efforts and reach an audience receptive to both children's and parent's offers.

This file includes the subscribers of:
All Recipes®, American Patchwork & Quilting®, Better Homes and Gardens®, Coastal Living®, Cooking Light®, Country Home®, Do It Yourself®, Food & Wine®, Midwest Living®, People®, People Royals®, Real Simple®, Southern Living®, Traditional Home®, Travel + Leisure®, and Wood® (+ Meredith Book Buyers)

### Selections:

| | |
|---|---|
| 1 Mo Hotline | $17/M |
| 3 Mo Hotline | $12/M |
| 6 Mo Hotline | $9/M |
| Change of Address | $12/M |
| Engagement/Lifestyle Interests | $16/M |
| DMS | $12/M |
| Paid | $12/M |
| Gender | $9/M |
| State/SCF/Zip | $10/M |
| Zip Select (4 or more areas) | $15/M |
| Age | $16/M |
| Income | $16/M |
| 3rd Party Blow-In | $10/M |
| Net Name (50,000 MIN) | @85/8.50 |

### Addressing (flat fee):

| | |
|---|---|
| Key Coding | $3.50/M |
| Email/FTP | $65/F |

Minimum Order: 10,000

Details:
15% Commission to Brokers. Pre-clearance required. Service bureau requires 3 working days to process all orders, otherwise $85 Flat fee applies.

Contact:
Monique Adams, List Manager
E-mail: MoAdams@AudienceFirstMedia.com

Linda Amaral, Sales
Phone: (410) 721-5700 Ext. 2330
E-mail: lamaral@audiencefirstmedia.com

Please send list clearances & orders to:
orders@AudienceFirstMedia.com

All processed orders cancelled before mail date will incur a $100 cancellation fee in addition to applicable running, selection, and shipping charges. Orders cancelled after the mail date incur full charges.