Kristen C. Rodriguez (Pro Hac Vice Application pending)
Rebecca Hughes Parker (Pro Hac Vice Application pending)
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TERESSA LANGSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH.<br><br>Defendant. | MOTION FOR PRO HAC VICE ADMISSION OF KRISTEN C. RODRIGUEZ<br><br>CASE NO: 1:24-cv-00046-DAO |

I move for the pro hac vice admission of Kristen C. Rodriguez (Applicant) as counsel for Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith ("Defendant"), and I consent to serve as local counsel. I am an active member of this court's bar.

1

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in her application is true and accurate.

Respectfully submitted,

Dated: June 3, 2024     By:   /s/ *J. Mark Gibb*

J. Mark Gibb (5702)

DENTONS DURHAM JONES PINEGAR PC

*Counsel for Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith ("Defendant")*

Certificate of Service

I hereby certify that on this 3rd day of June, 2024, I caused the foregoing to be emailed to counsel of record by CM/ECF.

*/s/ J. Mark Gibb*

_6461151.1