

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | J. Mark Gibb (5702) |
| Firm: | Dentons Durham Jones Pinegar, PC |
| Address: | 111 South Main Street |
| | Suite 2400 |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 415-3000 |
| Email: | mark.gibb@dentons.com |
| | |
| Pro Hac Vice Applicant: | Kristen C. Rodriguez |
| Firm: | Dentons US LLP |
| Address: | 1221 Avenue of the Americas |
| | New York, NY 10020-1089 |
| | |
| Telephone: | (212) 768-6700 |
| Email: | kristen.rodriguez@dentons.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Illinois | 6300697 | 11/05/09 |
| District of Columbia | 1656333 | 02/18/20 |
| State of New York | 5976733 | 10/13/22 |
| U.S. Court of Appeals for the Seventh Circuit | | 11/05/10 |
| U.S. Court of Appeals for the Eighth Circuit | | 06/25/13 |
| U.S. Court of Appeals for the Eleventh Circuit | | 02/24/15 |

[Continuation of Memberships on separate page]

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_/s/ Christa C. Rodry_
Signature

May 31, 2024
Date

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### STATE AND FEDERAL BAR MEMBERSHIPS
(Continuation from Page 1)

| Jurisdiction | Bar Number | Date of Admission |
| --- | --- | --- |
| U.S. Court of Appeals for the Second Circuit | | 03/14/19 |
| U.S. Court of Appeals for the District of Columbia Circuit | | 03/24/21 |
| U.S.D.C., Northern District of Illinois | | 02/19/10 |
| U.S.D.C., Central District of Illinois | | 03/26/10 |
| U.S.D.C., Eastern District of Michigan | | 10/01/14 |
| U.S.D.C., District of Columbia | | 09/13/21 |
| U.S.D.C., Southern District of New York | 5976733 | 11/15/22 |