Kristen C. Rodriguez (Pro Hac Vice Application pending)
Rebecca Hughes Parker (Pro Hac Vice Application pending)
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah  84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TERESSA LANGSTON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH.<br><br>                Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION OF KRISTEN C. RODRIGUEZ<br><br>CASE NO:  1:24-cv-00046-DAO |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Kristen C. Rodriguez.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of June, 2024.

BY THE COURT:

_____
Honorable Daphne A. Oberg
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of June, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

*/s/ J. Mark Gibb*