UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| TERESSA A LANGSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH,<br><br>Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF KRISTEN C. RODRIGUEZ AND REBECCA HUGHES PARKER**<br><br>Case No. 1:24-cv-00046<br><br>Magistrate Judge Daphne A. Oberg |

Before the court are Local Counsel's Motions for Pro Hac Vice Admission of Kristen C. Rodriguez and Rebecca Hughes Parker as counsel for Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith. (Doc. Nos. 7 and 8). Based on the motions and applications, Ms. Rodriguez and Ms. Parker meet the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice. Therefore, the motions are GRANTED.

DATED this 4th day of June, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge