Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.:  (212) 768-6700
Fax:  (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah  84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TERESSA LANGSTON, individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH.<br><br>    Defendant. | **STIPULATED MOTION TO EXTEND THE TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Case No. 24-cv-00046-DAO<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Teressa Langston ("Plaintiff") and Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith ("Defendant"), by and through their undersigned counsel, submit this Stipulated Motion to Extend the Time to Answer, Move or Otherwise Respond to the Complaint (ECF 1), and state as follows.

There is good cause to grant the proposed extension. Defendant recently retained the undersigned counsel in this action and requested an extension to answer, move, or otherwise

respond to the Complaint in this action from June 10, 2024 until July 15, 2024. Plaintiff consented to this request.

WHEREFORE, the parties jointly request that Defendant's time to answer, move, or otherwise respond to the Complaint be extended to July 15, 2024.

Dated: June 4, 2024

Respectfully submitted,

/s/ David Scofield (with permission)

Frank S. Hedin (Pro Hac Vice Application Pending)
Arun G. Ravindran (Pro Hac Vice Application pending)
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
aravindran@hedinhall.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
Facsimile: (801) 912-0320
E-Mail: dws@psplawyers.com

/s/ J. Mark Gibb

Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb
**Dentons Durham Jones Pinegar**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

/s/ J. Mark Gibb