Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah  84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TERESSA LANGSTON, individually and on behalf of all others similarly situated | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |
| Plaintiff, | |
| v. | Case No. 24-cv-00046-DAO |
| DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH. | Magistrate Judge Daphne A. Oberg |
| Defendant | |

Based upon the parties' Stipulated Motion to Extend the Time to Answer, Move or Otherwise Respond to the Complaint, and for good cause shown, the Court hereby ORDERS:

The Motion is GRANTED.  The following deadline in this matter is amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Time to Answer, Move or Otherwise Respond to the Complaint | June 10, 2024 | July 15, 2024 |

Dated this _____ day of June, 2024.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg

*******END OF ORDER******

CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

*/s/ J. Mark Gibb*