# EXHIBIT 1

# DOTDASH MEREDITH INC.

Update this Business

**Entity Number:** 6000438-0143
**Company Type:** Corporation - Foreign - Profit
**Address:** 225 LIBERTY STREET, 4TH FLOOR NEW YORK, NY 10281
**State of Origin:** DE
**Registered Agent:** CT CORPORATION SYSTEM
**Registered Agent Address:**
1108 E SOUTH UNION AVE
Midvale, UT 84047

View Management Team

## Status: Active

Purchase Certificate of Existence

**Status:** Active  ● as of 10/16/2020
**Renew By:** 09/30/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

## History

View Filed Documents

**Registration Date:** 09/07/2005
**Last Renewed:** 08/03/2023

## Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

## Former Business Names

DOTDASH MEREDITH, INC.
DOTDASH MEDIA INC.
ABOUT, INC. OF DELAWARE

<< Back to Search Results

Business Name: