# Exhibit B




# Dotdash Meredith Database – Seniors Masterfile *(Updated 6/2023)*

The Dotdash Meredith Database Seniors Masterfile is a combined and unduplicated masterfile of Age 50+ subscribers. Dotdash Meredith Seniors subscribers (Age 50+) are a powerful audience of consumers at the peak of their careers and earning power and prime targets for a variety of products and services.

**Gender:** 79% Female/21% Male

**Source:** Direct Mail Sold

## Counts and Rates:

| Count | Description | Rate |
|---|---|---|
| 4,546,083 | Total Universe | $115/M |
| 4,546,083 | Active Subscribers (Age 50+) | $115/M |
| 346,008 | 1 Mo Hotline Subscribers | +$17/M |
| 889,441 | 3 Mo Hotline Subscribers | +$12/M |
| 2,008,329 | 6 Mo Hotline Subscribers | +$9/M |
|  | Age fee applies to all orders | +$16/M |
|  | Catalog Rate | $85/M |
|  | Fundraising Rate | $80/M |

This masterfile is enhanced with demographic and lifestyle data for even better segmentation. Other senior age ranges also available to cater to your perfect customer audience! (Age 60+, 70+)

This file includes the subscribers of:
All Recipes®, American Patchwork & Quilting®, Better Homes and Gardens®, Coastal Living®, Cooking Light®, Country Home®, Do It Yourself®, Food & Wine®, Midwest Living®, People®, People Royals®, Real Simple®, Southern Living®, Traditional Home®, Travel + Leisure®, and Wood® (+ Meredith Book Buyers)

## Selections:

| Selection | Rate |
|---|---|
| 1 Mo Hotline | $17/M |
| 3 Mo Hotline | $12/M |
| 6 Mo Hotline | $9/M |
| Product Selects/Lifestyle Interests | $16/M |
| DMS | $12/M |
| Paid | $12/M |
| Gender | $9/M |
| State/SCF/Zip | $10/M |
| Zip Select (4 or more areas) | $15/M |
| Age | $16/M |
| Income | $16/M |
| 3rd Party Blow-In | $10/M |
| Net Name (50,000 MIN) | @85/8.50 |

## Addressing (flat fee):

| | |
|---|---|
| Key Coding | $3.50/M |
| Email/FTP | $65/F |

Minimum Order: 10,000

Details:
15% Commission to Brokers. Pre-clearance required. Service bureau requires 3 working days to process all orders, otherwise $85 Flat fee applies.

Contact:
Monique Adams, List Manager
E-mail: MoAdams@AudienceFirstMedia.com

Linda Amaral, Sales
Phone: (410) 721-5700 Ext. 2330
E-mail: lamaral@audiencefirstmedia.com

Please send list clearances & orders to:
orders@AudienceFirstMedia.com

All processed orders cancelled before mail date will incur a $100 cancellation fee in addition to applicable running, selection, and shipping charges. Orders cancelled after the mail date incur full charges.

P.O. Box 828 | Lanham, MD  20706 | Tel. (410) 721-5700 | Fax (410) 721-5795 | http://www.audiencefirstmedia.com/