Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Dotdash Meredith Inc. f/k/a Dotdash Media, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH,<br><br>Defendant. | **DEFENDANT'S MOTION TO CHANGE PARTY NAME ON DOCKET**<br><br>Case No. 1:24-cv-00046-TC-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |
|---|---|

In March 2024, Defendant Dotdash Media Inc. changed its name to Dotdash Meredith Inc. ("DDM"). To reflect that name change, DDM respectfully requests that the Court direct the Clerk of Court to change the party name on the docket of this action from "Dotdash Media Inc. d/b/a Dotdash Meredith" to "Dotdash Meredith Inc. f/k/a Dotdash Media Inc."

Dated: September 4, 2024

Respectfully submitted,

/s/ Kristen C. Rodriguez

Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Dotdash Meredith Inc. f/k/a Dotdash Media, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of September, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

*/s/ Kristen C. Rodriguez*
Kristen C. Rodriguez

Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Dotdash Meredith Inc. f/k/a Dotdash Media, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE PARTY NAME ON DOCKET**<br><br>Case No. 1:24-cv-00046-TC-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

Based on Defendant's Motion to Change Party Name on Docket, and for good cause shown, the Court hereby ORDERS:

The Motion is GRANTED. The Clerk of Court shall change the party name on the docket of this action from "Dotdash Media Inc. d/b/a Dotdash Meredith" to "Dotdash Meredith Inc. f/k/a Dotdash Media Inc."

Dated this _____ day of _____, 2024.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg

*******END OF ORDER******

## CERTIFICATE OF SERVICE

I certify that on this 4th day of September, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

*/s/ Kristen C. Rodriguez*
Kristen C. Rodriguez