Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Dotdash Meredith Inc. f/k/a Dotdash Media, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOTDASH MEDIA, INC. D/B/A DOTDASH MEREDITH,<br><br>Defendant. | **DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 1:24-cv-00046-TC-DAO<br><br>Judge Tena Campbell |

## DOTDASH MEREDITH INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dotdash Meredith Inc. formerly known as Dotdash Media Inc. hereby files its Corporate Disclosure Statement. Defendant Dotdash Meredith Inc. is a wholly owned indirect subsidiary of IAC Inc. ("IAC"), a publicly traded company. Dotdash Meredith Inc. is not aware of any publicly traded company that owns 10% or more of IAC's stock.

Dated: September 4, 2024                                Respectfully submitted,

*/s/ Kristen C. Rodriguez*

Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Dotdash Meredith Inc. f/k/a Dotdash Media, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of September, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

*/s/ Kristen C. Rodriguez*
Kristen C. Rodriguez
