DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:    (801) 322-2002
Facsimile:      (801) 912-0320
E-Mail:           dws@psplawyers.com

Counsel for Plaintiffs and the Putative Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>  v.<br><br>DOTDASH MEREDITH,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF STIPULATED MOTION FOR EXTENSION OF TIME (ECF NO. 26)**<br><br>Case No. 1:24-cv-00046-AMA-PK<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

## STIPULATED MOTION

By and through counsel, Plaintiffs Novella Atwood, Christine Cid, Cheralee England, Kathleen Gagnon, Kristen Puertas, Janice Randall, and Sarah Tychsen (collectively "Plaintiffs"), respectfully hereby withdraw the stipulate motion for extension of time filed Septeember 20, 2024 (ECF No. 26).

2

Dated: September 20, 2024                                         Respectfully submitted,

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*

7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:     (801) 322-2002
E-Mail:dws@psplawyers.com
*Counsel for Plaintiffs and the Putative Class*

2