# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOTDASH MEREDITH,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 1:24-cv-00046-AMA-PK<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

The Court, having reviewed the Stipulated Motion for an Extension of Time, being fully apprised in the premises, and good cause appearing,

**IT IS HEREBY ORDERED** that:

Plaintiffs may file their response in opposition to Defendant's Motion to Dismiss the First Amended Complaint on or before October 4, 2024.

**DONE** this ____ day of September 2024.

                                                          **BY THE COURT**:

                                                          DAPHNE A. OBERG
                                                          United States Magistrate Judge