David W. Scofield – 4140
**Peters | Scofield**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:   (801) 322-2002
Facsimile:   (801) 912-0320
E-Mail:    dws@psplawyers.com

Counsel for Plaintiffs and the Putative Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOTDASH MEREDITH,<br><br>    Defendant. | **Motion for Admission Pro Hac Vice of Frank S. Hedin**<br><br>Case No. 1:24-cv-00046-AMA-PK |

The undersigned hereby moves for the pro hac vice admission of Frank S. Hedin (Applicant) as counsel for plaintiffs and the putative Class, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Dated: October 3, 2024

/s/ David W. Scofield
David W. Scofield
*Counsel for Plaintiffs and the Putative Class*