

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | David W. Scofield |
| Firm: | Peters \| Scofield |
| Address: | 7430 Creek Road |
| | Suite 303 |
| | Sandy, Utah 84093-6160 |
| Telephone: | (801) 322-2022, Ext. 102 |
| Email: | dws@psplawyers.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Frank Hedin |
| Firm: | Hedin LLP |
| Address: | 1395 Brickell Ave |
| | Suite 610 |
| | Miami, Florida 33131 |
| Telephone: | (305) 357-2107 |
| Email: | fhedin@hedinllp.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Florida | 109698 | 04/30/2014 |
| California | 291289 | 09/20/2013 |
| U.S. District Court, Northern District of California | 291289 | 10/02/2014 |
| U.S. District Court, Central District of California | 291289 | 07/07/2014 |
| U.S. District Court, Southern District of California | 291289 | 04/27/2018 |
| U.S. District Court, Southern District of Florida | 109698 | 07/02/2014 |
| U.S. District Court, Western District of Wisconsin | 109698 | 05/03/2016 |
| U.S. District Court, Western District of Michigan | N/A | 10/5/2018 |

| | | |
|---|---|---|
| U.S. District Court, Eastern District of Michigan | N/A | 06/21/2019 |
| U.S. Court of Appeals, Second Circuit | N/A | 08/22/2017 |
| U.S. Court of Appeals, Seventh Circuit | N/A | 01/25/2018 |
| U.S. Court of Appeals, Ninth Circuit | N/A | 03/10/2021 |

| | | |
|---|---|---|
| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

N/A

## LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Curry et. al. v. Mrs. Fields Gifts, Inc. | 2:22-cv-00651-JNP-DBP | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

s/ Frank S. Hedin  
Signature

October 1, 2024  
Date