THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated<br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DOTDASH MEDIA, INC D/B/A DOTDASH MEREDITH,<br><br>　　　　　　Defendant. | **ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION**<br><br>CASE NO: 1:24-cv-00046-TC-DAO |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Frank S. Hedin. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____
Name
Title