Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice )
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.:  (212) 768-6700
Fax:  (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah  84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DOTDASH MEREDITH INC. f/k/a DOTDASH MEDIA INC.,<br><br>    Defendant. | **STIPULATED MOTION TO EXTEND THE TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 1:24-cv-00046-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiffs Novella Atwood, Christine Cid, Cheralee England, Kathleen Gagon, Kristen Puertas, Janice Randall, and Sarah Tychsen ("Plaintiffs") and Defendant Dotdash Meredith, Inc.

f/k/a Dotdash Media, Inc. ("Defendant"), by and through their undersigned counsel, submit this Stipulated Motion to Extend the Time to File a Reply in Support of Defendant's Motion to Dismiss (ECF 22), and state as follows.

There is good cause to grant the proposed extension. Defendant's counsel has other conflicting deadlines and obligations and requested an extension to answer, move, or otherwise respond to the First Amended Complaint in this action from October 18, 2024 until November 1, 2024. Plaintiff consented to this request.

WHEREFORE, the parties jointly request that Defendant's time to file a Reply in Support of Defendant's Motion to Dismiss be extended to November 1, 2024.

Dated: October 11, 2024

Respectfully submitted,

/s/ *Frank. S. Hedin*
Frank S. Hedin (Admitted Pro Hac Vice)
(*consented via email dated October 10, 2024*)
Arun G. Ravindran (Pro Hac Vice Application Forthcoming)
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: 305.357.2107 Fax: 305.200.8801
fhedin@hedinllp.com
aravindran@hedinllp.com

DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Tel.: (801) 322-2002 Fax: (801) 912-0320
E-Mail: dws@psplawyers.com
*Attorneys for Plaintiffs*

/s/ *Kristen C. Rodriguez*
Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones & Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

    I certify that on this 11th day of October, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

                                                      */s/Rebecca Hughes Parker*