Kristen C. Rodriguez (Admitted Pro Hac Vice)
Rebecca Hughes Parker (Admitted Pro Hac Vice)
**Dentons US LLP**
1221 Ave of Americas
New York, NY 10020
Tel.:  (212) 768-6700
Fax:  (212) 768-6800
kristen.rodriguez@dentons.com
rebeccahughes.parker@dentons.com

J. Mark Gibb (5702)
**Dentons Durham Jones Pinegar, PC**
111 South Main Street, Suite 2400
Salt Lake City, Utah  84111
Tel.: (801) 415-3000
Fax: (801) 415-3500
mark.gibb@dentons.com

*Attorneys for Defendant Dotdash Media, Inc. d/b/a Dotdash Meredith*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on be-half of all others similarly situated, | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| Plaintiffs, | Case No. 1:24-cv-00046-TC-DAO |
| v. | Judge Tena Campbell |
| | Magistrate Judge Daphne A. Oberg |
| DOTDASH MEREDITH, INC. F/K/A DOTDASH MEDIA, INC. | |
| Defendant | |

Based upon the parties' Stipulated Motion to Extend the Time to File Reply in Support of Motion to Dismiss, and for good cause shown, the Court hereby ORDERS:

The Motion is GRANTED. The following deadline in this matter is amended as follows:

2

| Event | Current Date | New Date |
|---|---|---|
| Time to Answer, Move or Otherwise Respond to the Complaint | October 18, 2024 | November 1, 2024 |

Dated this ____ day of October, 2024.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg

*******END OF ORDER******

## CERTIFICATE OF SERVICE

I certify that on this 11th day of October, 2024, I filed the foregoing with the Court by CM/ECF which then served all counsel of record.

*/s/ Rebecca Hughes Parker*