AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

NOVELLA ATWOOD; CHRISTINE CID; CHERALEE ENGLAND; KATHLEEN GAGON; KRISTEN PUERTAS; JANICE RANDALL; and SARAH TYCHSEN, individually and on behalf of all others similarly situated

    Plaintiffs,

v.

DOTDASH MEREDITH INC. F/K/A/ DOTDASH MEDIA INC.

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 1:24-cv-00064-TC-DAO

IT IS ORDERED AND ADJUDGED

That the Plaintiffs' cause of action is dismissed with prejudice.

March 13, 2025
*Date*

BY THE COURT:

_____
Tena Campbell
United States District Court Judge