# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

April 29, 2025

Christopher M. Wolpert, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:     25-4045
        Atwood et al v. Dotdash Meredith
        Lower Docket: 1:24-cv-00046-TC

Dear Clerk of Court:

Please be advised that the record is complete for the purposes of appeal.

Sincerely,

Gary P. Serdar, Clerk


By:/s/
Jennifer Jensen
Generalist Clerk

cc: Counsel of Record